IN THE UNITED STATES DISTRICT COURT
FOR THE _Middle_ DISTRICT OF _Georgia_
_Athens_ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



Christopher Wheat
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _3:18-cv-97-_
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

-against-

① Officer J. Day
② Sgt. J. Mouton
③ Captain D. Thrasher
④ Major Wade Harris

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Christopher Wheat
   All other names by which you have been known: Chris
   ID Number: # 252014
   Current Institution: Walton County Jail
   Address: 1425 South Madison Ave
   Monroe, Ga 30655
   As of now I'm being housed out at Barrow County Jail from Walton County, (I don't know why I'm in Barrow County Jail, neither do I have any charges nor probation within Barrow County). My ID# here are #53783

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
      Name: Officer J. Day
      Job or Title (if known): Official / Sheriff
      Shield Number:
      Employer: Walton County Sheriff Department
      Address: 1425 South Madison Ave
      Monroe, Ga 30655
      ☑ Individual capacity   ☐ Official capacity

   Defendant No. 2
      Name: Sgt. J. Mouton

2

| | | |
|---|---|---|
| Job or Title (if known) | Sergant/Sheriff | |
| Shield Number | 4616 | |
| Employer | Walton County Sheriff Department | |
| Address | 1425 South Madison Ave Monroe, Ga 30655 | |
| ☑ Individual capacity | ☐ Official capacity | |

Defendant No. 3

| | |
|---|---|
| Name | Captain Dean Thrasher |
| Job or Title (if known) | Captain/Sheriff |
| Shield Number | |
| Employer | Walton County Sheriff Department |
| Address | 1425 South Madison Ave ~~Monroe~~ Monroe, Ga 30655 |

☑ Individual capacity ☐ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Major Wade Harris |
| Job or Title (if known) | Major/Sheriff |
| Shield Number | |
| Employer | Walton County Sheriff Department |
| Address | 1425 South Madison Ave Monroe, Ga 30655 |

☑ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Officer J. Day: Using Excessive Force, Due Process Clauses of the Fifth and Fourteenth Amendments prohibit excessive force against pretrial detainees. Sgt. J. Mouton: Due ...

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Officer Day: The force officer Day used was both objectively unreasonable and malicious and sadistic act that was done in bad faith by causing harm to my person ...

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

4

II. Basis for Jurisdiction

B) Process, Disciplinary hearing Procedure error Violation. Captain Dean Thrasher: Due Process, Disciplinary hearing Procedure error Violation. Major Wade Harris: Due Process Disciplinary hearing Procedure error violation. All Defendants on cruel and unusual Punishment Due Process Clause of the Fourteenth Amendment.

D) By assaulting me with a taser device while acting under color of state law while he is on the job, (violating the rules of his job, state law, and my personal property).

Officer Mouton, Captain Thrasher, and Major Harris acting under color of state law while on the job deprive me of due process right of fundamental fairness to disciplinary hearing, (violating the rules of their job, disciplinary Procedure, and Liberty interest).

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Walton County Jail 1425 South Madison Ave., Monroe Ga, 30655...

C. What date and approximate time did the events giving rise to your claim(s) occur?

4-15-2018, 4-16-2018, 4-27-2018, 5-24-2018, 5-30-2018, 5-31-2018, 6-5-2018, 6-7-2018, 6-11-2018, 6-12-2018, 6-13-2018, 6-14-2018, 6-16-2018, 6-18-2018, 6-20-2018... See Attachments!

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See documents attachments that are included.

5

## IV. Statement of Claim

**B.)** 4-15-2018: Day Shot with taser, Day I received Notification of Charger (DR), and Day I filed a Grievance, also the day 14 inmates wrote a statement on my behalf.
4-16-2018: Day I requested a DR hearing through Kiosk system at the jail.
4-27-2018: DR Hearing took place, at the end of hearing it was put off due to statements.
5-24-2018: 5 witness statements were seperated from the 14 witness on my behalf were interviewed, 3 of those witness wrote statements saying DR hearing officer tried to coerce them, I filed grievance through Kiosk system on DR hearing officer
5-30-2018: Notification of pending Disciplinary sanctions from Disciplinary hearing, the charges changed from the original charges, charges I was never served notification on, and was found guilty on, furthermore I did not receive a dicision within 5 days which is proper decision procedure.
5/31/2018: Day I appealed through Kiosk system findings to disciplinary hearing.
6-5-2018: Captain Thrasher proposed Disciplinary sanction.
6-7-2018: I responded to Captain Thrasher Proposed Disciplinary sanctions.
6-11-2018: Captain Thrasher concured with Sgt. Mouton that I be locked down, further Captain Thrasher admitted to infractions of Sergant Mouton based on a procedural error of not notifying me of the charges at the conclusion of Sgt. Mouton investigation; I appeal the findings to Captain Thrasher, I also filed two grievances.
6-12-2018: Appeal hearing took place By Major Harris & Captain Thrasher, 2 grievance was filed by Brandon Horton, and Deangelo Prospere in connection with appeal hearing, and they further wrote statements.
6-13-2018: Desmond Jackson was interviewed on my behalf, furthermore a nurse and officer was question on my behalf
6-14-2018: Major Wade Harris decision in reference to Appeal, I appeal the findings of Major Harris throug jail Kiosk system.
6-16-2018: Filed grievance in reference to appeal.
6-18-2018: Wrote Chief Brook throug jail Kiosk system under inmate Inquiry.
6-20-2018: Housed out to Barrow County Jail

_____
_____
_____
_____

### V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

① Negilegent medical treatment, because I didn't get to shower to apply therapeutic shampoo, and skin cream: 4-15-2018 I was told by officer Myers that I can have a shower after the inmates who was out on rec lock down. The reason officer Myers confirmed the shower is he saw the condition of my skin, and know I have medicine (therapeutic shampoo) to use whenever needed. I press the button from room intercom after lock down, and ask can I be let out to apply therapeutic shampoo it takes to cool skin...

### VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Punitive damages;
Compensatory damages;
Defendants to pay court fees, and cost of suit;
and Whatever the Court deems proper;
And for officer Day to take anger Management classes.

### VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

V. Injuries

off in those times of need by shower. "I was refused!" I press the button again and ask the tower three operative officer (unknown) can they contact medical about my skin or can they just get officer Myers and ask him about me having a shower. Unknown officer stated negative, and turned the speaker intercom off. I press the button over, and over, and over again with no response. Due to scratching and burning and pain my skin suffered, I applied therapeutic shampoo over my skin, rinse the shampoo off with cups of water several times to shampoo was off.

(2) As of being in my Room reading back facing towards the door, I was shot by taser in the back of my elbow with one taser prong and the back of my thigh with the other prong. Upon opening my door to room Officer Day never gave any orders, warnings, nor instructions, he just shot. The taser prong that went into elbow went into my bone, nurse Judie who was working nurse station had to get the taser prong out of my elbow with plyers due she couldn't do it with her hands because taser prong was in the bone. Later into that morning Officer Oswayble badge # 4694 witness skin condiction, contact medical due to what he witness, came to room with nurse Dianne who requested I be let out to apply therapeutic shampoo to skin until the skin cool off and rinse shampoo off by shower. Ms. Nurse Dianne even went to medical came back with a pill (benedryl) to cool skin off.

(3) My Liberty was taken unjustly due to being lock down, which is cruel and unusual punishment that lead to me being emotional distress.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Walton County Jail, 1425 South Madison Ave., Monroe Ga, 30655

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Grievance

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Through the Kiosk system within the Walton County Jail

2. What did you claim in your grievance?

   Officer used excessive unreasonable force malicious and Sadistic; I filed a grievance on officer Day for slander my character as excuse to use for I filed a grievance on Officer Mouton for Coerce witnesses; I filed grievance on officer Mouton for not notifying me on charges he charge at the conclusion of his investigation;

3. What was the result, if any?

   None

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   I tried but they did not comply with the appeal process, and the grievance process is completed

8

VII. Exhaustion of administrative Remedies Administrative Procedure
E.
② Officer Mouton giving false information;
I filed a grievance for overlooking my evidence in D.B. investigation;
I filed a grievance about being denied due process;
I filed a grievance stating I have the right to exhaust my administrative remedies;
My right to appeal was denied.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____
_____
_____
_____
_____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_See Attachments_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_See Attachments_____
_____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____
_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____
_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _Christopher Wheat_

   Defendant(s) _Joe Chapman, Layla H. Zon, Randy McGinley, A. Etchison, ANThoNY Carter_

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _Walton County State of Georgia_

3. Docket or index number

   _17-0717-5_

4. Name of Judge assigned to your case

   _N/A_

5. Approximate date of filing lawsuit

   _March 29, 2017_

6. Is the case still pending?

   ☑ Yes

   ☐ No

11

# VIII. Previous Lawsuits

Ⓓ 1. Plaintiff: Christopher Wheat
   Defendants: Joe Chapman, ~~illegible~~, A. Etchison, Hensley, Thrasher, Minto

2. Middle District State of Georgia Athens Division

3. 3:17-CV-00070-CDL-CHW

4. Charles H. Weigle

5. 4-17-2017

6. No

7. Dismissed without Prejudice

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_Still on going_

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff _Christopher Wheat_
Printed Name of Plaintiff _Christopher Wheat_
Prison Identification # _252014_
Prison Address _1428 South Madison Ave_
_Monroe      Ga,      30655_
      City                State           Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____

12

Address _____
Telephone Number _____
E-mail Address _____