IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WHEAT, | : | |
| Plaintiff, | | CIVIL ACTION NO. |
| | : | |
| vs. | | 3:18-CV-0097-CDL-CHW |
| | : | |
| DEAN THRASHER, et al., | | |
| Defendants. | : | |

## DEFENDANTS' PRE-ANSWER MOTION TO DISMISS AND MOTION TO STAY

COME NOW Defendants Thrasher, Harris, Mouton and Day, by and through undersigned counsel and, pursuant to Rule 12 and Rule 41 of the Federal Rules of Civil Procedure, file this Pre-Answer Motion to Dismiss, showing the court the following:

Plaintiff, a *pro se* inmate incarcerated in the Walton County Jail, filed his Complaint on July 23, 2018, pursuant to 42 U.S.C § 1983, alleging various claims about violation of his constitutional rights. (Doc. 1). As amended and following frivolity review, the claims relate to a use of force incident and subsequent disciplinary proceedings against the plaintiff. See Doc. 6 (listing various claims).

As discussed more fully in their supporting Brief, Plaintiff's claims should be dismissed on the ground of perjury and an attempted fraud on the

Court.  Specifically, Plaintiff failed fully to disclose his somewhat extensive litigation history.  Additionally, the Plaintiff's due process claims in regard to disciplinary proceedings must be dismissed for lack of a physical injury.

Finally, Defendants move to stay discovery until the Court resolves this motion to dismiss.

Williams, Morris & Waymire, LLC

/s/ Jason Waymire
Jason C. Waymire
Georgia Bar No. 742602
Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790
678-541-0789
jason@wmwlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **MOTION TO DISMISS** and **BRIEF IN SUPPORT** upon all parties by depositing a true copy in the United States Mail, proper postage prepaid, addressed as follows:

Inmate Christopher Wheat
Walton County Jail
1425 S. Madison Avenue
Monroe, GA 30655

This October 12, 2018.

Williams, Morris & Waymire, LLC

/s/ Jason Waymire
Georgia Bar No. 742602
Attorney for Defendants

Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
678-541-0790