IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CHRISTOPHER WHEAT,                    *

    Plaintiff,                    *

vs.                                   *              CASE NO. 3:18-CV-97 (CDL)

OFFICER J. DAY, *et al.*,             *

    Defendants.                   *

_____

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 1, 2020. The Magistrate Judge recommended granting Defendants' summary judgment motion as to Plaintiff's due process claim. Plaintiff did not object to this portion of the Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews this portion of the Recommendation for clear error. Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court that Defendants' summary judgment motion as to Plaintiff's due process claim is granted.

    The Magistrate Judge recommended denying Defendant Day's summary judgment motion as to Plaintiff's excessive force claim. Defendant Day filed an objection. The Court conducted a de novo review of the record. The Court considered Defendant Day's

objections to the Report and Recommendation and finds that they lack merit. Viewing the present record in the light most favorable to Plaintiff and construing all reasonable inferences in his favor—as the Court must do at this stage in the litigation—a reasonable jury could conclude that Plaintiff was not resisting or failing to comply with orders when Defendant Day used his Taser on Plaintiff. As the Magistrate Judge found, it was clearly established at the time of the events giving rise to this action that such a use of force on a non-resisting detainee is not permitted under the Fourteenth Amendment. Accordingly, Day is not entitled to qualified immunity at this stage of the proceedings. The Court adopts the Recommendation of the Magistrate Judge that Defendant Day's summary judgment motion as to Plaintiff's excessive force claim be denied and makes it the order of this Court.

IT IS SO ORDERED, this 2nd day of October, 2020.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA